Andrew M. Hutchison (SBN 289315)
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco, California  94104
Telephone:    415.644.0914
Facsimile:     415.644.0978
ahutchison@cozen.com

Attorneys for Defendant
General Nutrition Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA LABAJO, HOWARD CLARK, and BERRY SAIZON<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL NUTRITION CORPORATION and DOES 1-100,<br><br>Defendants. | Case No.: 3:19-cv-01984-HSG<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT [L.R. 6-1(a)]** |

Pursuant to Local Rule 6-1(a), of the United States District Court for the Northern District of California, Plaintiffs Christina Labajo, Howard Clark, and Berry Saizon (collectively, "Plaintiffs"), and Defendant General Nutrition Corporation ("Defendant" or "GNC") (collectively, the "Parties"), have met and conferred and hereby submit the following Stipulation to extend the time for Defendant to answer or otherwise respond to Plaintiffs' Complaint.

## **RECITALS**

WHEREAS, on March 12, 2019, Plaintiffs filed a Complaint in the Superior Court of the State of California for the County of San Francisco, Case No. CGC-19-574459;

1    WHEREAS, on April 12, 2019, Defendant filed a Notice of Removal of Plaintiffs' lawsuit
2 pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 [ECF No. 1];

3    WHEREAS, on April 16, 2019, counsel for the Parties met and conferred and agreed that
4 Defendant may have an extension of time from April 19, 2019 to May 21, 2019, for Defendant to
5 answer or otherwise respond to the Complaint;

6    WHEREAS, on April 17, 2017, counsel for the Parties filed a Stipulation to Extend Time to
7 Respond to the Complaint that extended the time for Defendant to answer or otherwise respond to
8 the Complaint [ECF No. 9];

9    WHEREAS, since the entry of the Stipulation, counsel for the Parties have met and conferred
10 regarding various issues in the case;

11    WHEREAS, on May 15, 2019, counsel for the Parties met and conferred and agreed that
12 Defendant may have an extension of time from May 21, 2019 to June 11, 2019, for Defendant to
13 answer or otherwise respond to the Complaint;

14    WHEREAS, this is Defendant's second extension of time to respond to the Complaint; and

15    WHEREAS, this Stipulation does not alter the date of any event or any deadline already
16 fixed by Court order.

## **STIPULATION**

18  Based upon the above recitals, the Parties, through their undersigned counsel, hereby
19 stipulate as follows:

20    1.    The time for Defendant to answer or otherwise respond to Plaintiffs' Complaint is
21 extended from May 21, 2019 to June 11, 2019.

23 Dated: May 16, 2019        FEINSTEIN DOYLE PAYNE & KRAVEC, LLC

24                By:    /s/ Wyatt A. Lison
                         Wyatt A. Lison
25                       Attorneys for Plaintiffs
                         Christina Labajo, Howard Clark, and
26                       Berry Saizon

| | | |
|---|---|---|
| 1 | Dated: May 16, 2019 | COZEN O'CONNOR |
| 2 | | By: /s/ Andrew M. Hutchison |
| 3 | | Andrew M. Hutchison |
| | | Attorneys for Defendant |
| 4 | | General Nutrition Corporation |