Andrew M. Hutchison (SBN 289315)
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: 415.644.0914
Facsimile: 415.644.0978
ahutchison@cozen.com

Attorneys for Defendant
General Nutrition Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA LABAJO, HOWARD CLARK, and BERRY SAIZON<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL NUTRITION CORPORATION and DOES 1-100,<br><br>Defendants. | Case No.: 4:19-cv-01984-HSG<br><br>**STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER [L.R. 6-2]** |

Pursuant to Local Rule 6-2, of the United States District Court for the Northern District of California, Plaintiffs Christina Labajo, Howard Clark, and Berry Saizon (collectively, "Plaintiffs"), and Defendant General Nutrition Corporation ("Defendant" or "GNC") (collectively, the "Parties"), have met and conferred and hereby submit the following Stipulation to continue the initial Case Management Conference currently scheduled for July 16, 2019.

## RECITALS

WHEREAS, on March 12, 2019, Plaintiffs filed a Complaint in the Superior Court of the State of California for the County of San Francisco, Case No. CGC-19-574459;

WHEREAS, on April 12, 2019, Defendant filed a Notice of Removal of Plaintiffs' lawsuit pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 [ECF No. 1];

WHEREAS, on April 12, 2019, Magistrate Judge Elizabeth D. Laporte issued an Order Setting Initial Case Management Conference and ADR Deadlines [ECF No. 5];

| | |
|---|---|
| 1 | WHEREAS, on April 16, 2019, Plaintiffs filed a declination to have a United States Magistrate Judge conduct all further proceedings in the action [ECF No. 6], and this action was reassigned to the Honorable Haywood S. Gilliam, Jr. [ECF No. 8]; |

WHEREAS, on April 16, 2019, Plaintiffs filed a declination to have a United States Magistrate Judge conduct all further proceedings in the action [ECF No. 6], and this action was reassigned to the Honorable Haywood S. Gilliam, Jr. [ECF No. 8];

WHEREAS, on April 17, 2019, the Parties stipulated to extend the time for GNC to respond or otherwise move to Plaintiffs' Complaint [ECF No. 9];

WHEREAS, on June 11, 2019, Defendant filed its Answer and Affirmative Defenses to Plaintiffs' Complaint pursuant to the stipulation of the Parties [ECF No. 11];

WHEREAS, on June 26, 2019, the Court set the initial case management conference for July 16, 2019 at 2:00 p.m. [ECF No. 12];

WHEREAS, Defendant's counsel has an unavoidable conflict on July 16, 2019, as counsel has already purchased airfare for travel from San Francisco, California to Phoenix, Arizona, to attend a pretrial hearing on July 17, 2019, followed by jury selection on July 18, 2019, in a matter entitled *Wickenburg Unified School District. No. 9 v. Turner Construction Company, et al.*, Case No. CV2015-011304, in Maricopa County Superior Court, Arizona;

WHEREAS, counsel for the Parties met and conferred and agreed to request a continuance of the initial case management conference in this case to August 13, 2019 or August 20, 2019;

WHEREAS, there has been 1 prior time modification in this case;

WHEREAS, the requested time modification will affect no other deadlines in this action; and

WHEREAS, for the reasons set forth herein, good cause exists to continue the initial case management conference.

NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY STIPULATED, by and between the Parties, that the initial case management conference be continued to August 13, 2019 or August 20, 2019 at 2:00 p.m.

Dated: June 28, 2019                FEINSTEIN DOYLE PAYNE & KRAVEC, LLC

                                    By:   */s/ Wyatt A. Lison*
                                          Wyatt A. Lison
                                          Attorneys for Plaintiffs
                                          Christina Labajo, Howard Clark, and
                                          Berry Saizon

Dated: June 28, 2019	COZEN O'CONNOR

By:	/s/ Andrew M. Hutchison
Andrew M. Hutchison
Attorneys for Defendant
General Nutrition Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED. The case management conference continued to August 20, 2019 at 2:00 p.m.**

Date: 6/28/2019

Hon. Haywood S. Gilliam, Jr.
U.S. District Judge