Wyatt A. Lison (SBN – 316775)
wlison@fdpklaw.com
**FEINSTEIN DOYLE PAYNE
 & KRAVEC, LLC**
429 Fourth Avenue, Suite 1300
Pittsburgh, PA 15219
Tel.: (412) 281-8400
Facsimile: (412) 281-1007

John Peter Zavez (admitted *pro hac vice*)
jzavez@akzlaw.com
**ADKINS, KELSTON & ZAVEZ, P.C.**
90 Canal Street, Suite 120
Boston, MA 02114
Telephone: (617) 367-1040
Facsimile: (617) 742-8280

J. Benjamin Blakeman (SBN - 60596)
ben@lifeinsurance-law.com
**BLAKEMAN LAW**
8383 Wilshire Boulevard, Suite 510
Beverly Hills, CA 90211
Telephone: (213) 629-9922

*ATTORNEYS FOR PLAINTIFFS*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA LABAJO, HOWARD CLARK, and BERRY SAIZON<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL NUTRITION CORPORATION and DOES 1-100,<br><br>Defendants. | Case No.: 4:19-cv-01984-HSG<br><br>**STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); ORDER** |

WHEREAS, on March 12, 2019, Plaintiffs Christina Labajo, Howard Clark and Berry Saizon ("Plaintiffs") filed a Complaint for Declaratory and Injunctive Relief and damages against General Nutrition Corporation ("GNC") in the Superior Court California, San Francisco County for violations of California's Unfair Competition Law and Consumers Legal Remedies Act;

WHEREAS, on April 12, 2019 GNC removed Plaintiffs' action to the United States District Court for the Northern District of California;

WHEREAS, on June 11, 2019, GNC answered Plaintiffs' Complaint asserting 30 affirmative defenses;

WHEREAS, on December 3, 2019, Plaintiffs filed a First Amended Complaint for Declaratory and Injunctive Relief for Violation of California's Unfair Competition Law;

WHEREAS, the parties have resolved Plaintiffs' claims; and

WHEREAS, the parties agree to the herein Stipulation of Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party bearing its own attorneys' fees, costs and expenses.

NOW THEREFORE, the parties respectfully request that all claims in Plaintiffs' Amended Complaint be DISMISSED WITH PREJUDICE.

IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: February 4, 2020         FEINSTEIN DOYLE PAYNE & KRAVEC, LLC

                                By:    /s/ Wyatt A. Lison
                                       Wyatt A. Lison
                                       Attorneys for Plaintiffs
                                       Christina Labajo, Howard Clark, and
                                       Berry Saizon

Dated: February 4, 2020         COZEN O'CONNOR

                                By:    /s/ Andrew M. Hutchison via consent
                                       Andrew M. Hutchison
                                       Attorneys for Defendant
                                       General Nutrition Corporation'

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 2/4/2020

Hon. Haywood S. Gilliam, Jr.
U.S. District Judge